IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZACHERY TURNER,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0069

Opinion filed February 2, 2016.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Zachery Turner, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition alleging ineffective assistance of appellate counsel is dismissed as untimely and as successive.  See Fla. R. App. P. 9.141(d)(5); 9.141(d)(6)(C).

ROWE, RAY, and SWANSON, JJ., CONCUR.